IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| KLAGER E. DRAKE, | ) |
| Plaintiff, | ) |
| v. | ) |
| M. AMCZYK, ET AL., | ) |
| Defendants. | ) Civil Action No. 3:19-CV-427-C-BT |

**ORDER**

The Court has reviewed the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, filed February 22, 2019, along with Plaintiff's Response and Request for Evidentiary Hearing, filed March 1, 2019, which the Court construes, in part, as Plaintiff's objection. To the extent Plaintiff is requesting an evidentiary hearing, the request is **DENIED**. Upon review of Plaintiff's Response, the Court finds that to the extent the Response is an objection, it is **OVERRULED**. It is therefore **ORDERED** that the Findings, Conclusions, and Recommendation is hereby **ADOPTED** as the findings and conclusions of the Court.

For the reasons stated in the thorough and well-reasoned Findings, Conclusions, and Recommendation, Plaintiff's Motion to Proceed *In Forma Pauperis* is **DENIED** and his Complaint is **DISMISSED WITHOUT PREJUDICE** due to the prior imposition of sanctions by the United States District Court for the Eastern District of Texas.

SO ORDERED this 6th day of March, 2019.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE